

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPM/DEL
F. #2020R00637

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 17, 2022

By ECF

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Andrew Russo
             Criminal Docket No. 21-466 (S-1) (DG)

Dear Judge Gujarati:

      The government writes to advise the Court that defendant Andrew Russo passed away in Huntington, New York, on April 18, 2022. Defense counsel has provided a death certificate to the government indicating this was on account of natural causes. Accordingly, the government respectfully requests that the indictment and superseding indictment as pending against defendant Andrew Russo in the above-referenced matter be dismissed.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      James P. McDonald
      Devon Lash
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (DG) (by ECF)
       Defense Counsel (by ECF)