UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America

        v.

Andrew Russo,

        Defendant.
-------------------------------------------------------------X

**ORDER**
21-CR-00466 (DG) (JRC)

DIANE GUJARATI, United States District Judge:

Defendant Andrew Russo was charged by Indictment filed on September 8, 2021 and by Superseding Indictment filed on April 13, 2022.

On May 17, 2022, prior to resolution of the pending charges against Defendant Russo, the Government filed a Motion to Dismiss the Indictment and Superseding Indictment as against Defendant Russo. *See* Motion to Dismiss, ECF No. 307. In the Motion to Dismiss, the Government states that Defendant Russo passed away on April 18, 2022 and that defense counsel has provided a death certificate to the Government. *See id*.

The Government's Motion to Dismiss is granted. The Indictment and Superseding Indictment in the above-captioned case are hereby dismissed as against Defendant Andrew Russo.

SO ORDERED.

                                            */s/ Diane Gujarati*
                                            DIANE GUJARATI
                                            United States District Judge

Dated: May 19, 2022
       Brooklyn, New York